UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
CRAIG MCFADDEN,

                    Plaintiff,         09-CV-6489

      v.                                   **ORDER**

MONROE COUNTY, MONROE COUNTY CHILDREN'S
CENTER, AND DIRECTOR MICHAEL MARINAN

                    Defendants,
_____

    Pursuant to a Stipulation of Dismissal filed with the Court on December 7, 2012, the parties have agreed to the dismissal of the plaintiff's fifth and six causes of action against all defendants and the first and third causes of action against the Monroe County Children's Center. Accordingly, these claims are hereby dismissed with prejudice. Further, the defendants' motion for summary judgment of the same claims is granted.

    **ALL OF THE ABOVE IS SO ORDERED.**

                                              S/ MICHAEL A. TELESCA
                                              HON. MICHAEL A. TELESCA
                                              United States District Judge

Dated:    Rochester, New York
            December 10, 2012